In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00466-CV**
_____

**IN RE BRANDON BRADLEY**

**Original Proceeding**
**317th District Court of Jefferson County, Texas**
**Trial Cause C-188,770**

## ORDER

Relator Brandon Bradley filed an application for writ of habeas corpus. Bradley alleges that his confinement pursuant to the Judgment of Contempt and the Commitment Order signed by the Judge of the 317th District Court in Jefferson County, in Cause No. C-188,770, is illegal because the relator has not received the time credit to which he is entitled. We may order the relator's discharge pending the resolution of the merits of his petition for writ of habeas corpus. *See* Tex. R. App. P. 52.8(b)(3).

It is, therefore, ORDERED that the relator, Brandon Bradley, is hereby admitted to bail upon his giving a good and sufficient bond, conditioned as

1

required by law, in the sum of Three Hundred Dollars ($300.00), to be approved by the Sheriff of Jefferson County, Texas. A copy of the approved and executed bond shall be forwarded to the Clerk of this Court.

ORDER ENTERED December 21, 2016.

PER CURIAM

Before Kreger, Horton, and Johnson, JJ.